UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:18-CV-01144-TLN-DMC<br><br>**ORDER** |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 7, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 19.) On August 21, 2019, Plaintiff filed her Objections to Findings and Recommendations. (ECF No. 20.) On August 29, 2019, Defendant filed a Response. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

///

Court finds the findings and recommendations to be supported by the record and by proper analysis. The Court further notes Plaintiff's objections merely reiterate arguments made in her moving papers on summary judgment, which the magistrate judge properly addressed and rejected in the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 7, 2019 (ECF No. 19), are adopted in full;
2. Plaintiff's Motion for Summary Judgment (ECF No. 16) is DENIED;
3. Defendant's Cross-Motion for Summary Judgment (ECF No. 17) is GRANTED;
4. The Commissioner's final decision is AFFIRMED; and
5. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated: September 25, 2019

Troy L. Nunley
United States District Judge